**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HERO FARMS, L.L.C., | § | |
| | § | |
| v. | § | Case No. 2:17-CV-00103-JRG-RSP |
| | § | |
| HENDRIC C BARTHLEY, UNITED | § | |
| STATES OF AMERICA | § | |

<u>**ORDER**</u>

Before the Court is Magistrate Judge Payne's Report and Recommendation filed on May 14, 2017. Dkt. No. 12. Puruant to Federal Rule of Procedure 72(b)(2), the Report afforded the parties fourteen days to object to the findings, conclusions, and recommendation contained in the report. *See id.* at 7 n.2. No objections have been filed, and the time to do so has now passed. The Court will therefore adopt the Report and Recommendation without modification. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly, IT IS ORDERED as follows:

(1) United States' Motion to Dismiss (Dkt. No. 4) is **DENIED AS MOOT**.
(2) Hero's Motion to Remand (Dkt. No. 6) is **DENIED AS MOOT**.
(3) United States Motion to Substitute (Dkt. No. 8) is **GRANTED**.
(4) Hero's Motion to Dismiss (Dkt. No. 9) is **DENIED**.
(5) United States' Second Motion to Dismiss (Dkt. No. 11) is **GRANTED**.

Hero's complaint is **DISMISSED WITH PREJUDICE**. A separate Final Judgment will follow. *See* Fed. R. Civ. P. 58.

## So Ordered this

**Jun 5, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE